**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 12-cr-00149-RBJ
Civil Action No. 14-cv-03159-RBJ

USA,

    Plaintiff,

v.

JOSE LUJAN-LOPEZ,

    Defendant.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order, Docket Number 61, entered on March 24, 2015 by the honorable Judge R. Brooke Jackson, it is

ORDERED that the Motion to Vacate Pursuant to 28 U.S.C. § 2255 [Docket No. 54] is DENIED.  It is

FURTHER ORDERED that the civil action 14-cv-03159-RBJ is dismissed.

Dated at Denver, Colorado this 24th day of March, 2015.

                        FOR THE COURT:
                        JEFFREY P. COLWELL, CLERK

                By: s/   J. Dynes
                        J. Dynes
                        Deputy Clerk